## IN THE UNITED STATE DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

GRAYLIN GRAY,                                )          Case No:  4:02CV3111
                                             )
              Petitioner,                    )
                                             )          **ORDER DIRECTING CLERK**
       v.                                    )          **TO RETURN STATE COURT**
                                             )          **RECORDS**
MICHAEL KENNEY,                              )
                                             )
              Respondent.                    )


       The above referenced case is closed and the appeal time has expired.

       IT IS ORDERED that the State Court Records filed as attachments to filing #11, labeled

S11A - S11E (including box S11D), attachments to filing #15 labeled S15A - S15C, and

attachment to filing #16, labeled S16, be returned to Kevin J. Slimp, counsel for Respondent, for

appropriate disposition.  The State Court Records may be picked up in the U.S. District Court

Clerk's office, Room 593, U.S. Courthouse, 100 Centennial Mall North, Lincoln, Nebraska.

       DATED this 25th day of October, 2005.

                                             BY THE COURT

                                             s/ Warren K. Urbom
                                             United States Senior District Judge